ORIGINAL

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/05  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| CASE NAME: | Matthew Harrell Vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Moana Yost<br>Derek T. Mayeshiro<br>Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Lisa Groulx |
| DATE: | 12/19/05 | TIME: | 9:09am-10:00am |

COURT ACTION:   EP: Final PreTrial Conference-

Length of Trial-One Week

Hours of Trial-8:30 a.m.-12:00 Noon (with a morning break)
Lunch Hour-12:00 Noon-1:30 p.m.
1:30p.m.-4:30p.m. (With a afternoon break)

No Side Bars

Court is here from 7:45a.m. each morning and Counsel may address matters outside the presence of the Jurors at this time.

A 8 Person Jury will be seated.

Plaintiff and the Defendant to have 3 Premp. Challenges each.

Counsel will write their 3 Premp. Challenges on a piece of paper and hand this paper to the Courtroom Manager.

Court will allow both Counsel 5 Minutes of Voir Dire.

This Court will follow all of Judge Chang's Orders as to the ruling on Motions' in Limine.

Plaintiff will not be calling Ruben Park, William Bowden and James Perry. These individuals are being withdrawn from Plaintiff's Witness List.

Court is reserve ruling on Defendants' Motion in Limine No. 2.

Counsel are to submit a short brief (no longer than 5 pages) regarding the EEOC Report to be filed by January 3, 2006.

Opening Statements-30 Minutes.

Closing Argument-60 Minutes.

Jury Selection/Jury Trial set for January 04, 2006 @9:00 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager