ORIGINAL

ANDRE' S. WOOTEN   3887
Attorney At Law
Century Square
1188 Bishop Street., Suite 1909
Honolulu, Hawaii 96813
Tele: (808) 545-4165

ATTORNEY FOR PLAINTIFF,
MATTHEW HARRELL,

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 1 2006

at 8 o'clock and 24 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>                Plaintiff,<br><br>VS.<br><br>CITY AND COUNTY OF HONOLULU,<br>A Municipal corporation, the Royal Hawaiian<br>Band, Aaron Mahi, Sr. Director, Robert<br>Larm, and Sanford Masada.<br>Employees.<br><br>                Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br><br>PLAINTIFF'S MEMORANDUM<br>IN OPPOSITION TO PRE-<br>SELECTION OF THE JURY WITH<br>OUT RANDOM DRAW OF NAMES<br>IN OPEN COURT<br><br>Judge: Hon. Marvin Aspen<br>Time: 8:30 AM<br>Trial: Jan. 4, 2006<br><br>CERTIFICATE OF SERVICE |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO PRE-SELECTION
OF THE JURY WITHOUT RANDOM DRAW OF NAMES IN OPEN COURT

COMES NOW THE PLAINTIFF, MATTHEW HARRELL, through his attorney, Andre' Wooten, who hereby files this Memorandum in Opposition to the selection of the jury panel members prior to the beginning of the court session for jury impanelment and outside of the presence of counsel.

After much reflection, Plaintiff's counsel must point out that traditionally in the 9th Circuit, during the 29 years that I have been trying jury cases, the seated

panelists are selected at random from the pulling of their names from a sealed box. The randomness and anonymity of the selection process is a vast aid to the fairness and appearance of fairness of the process. Greater transparency in these matters presents ambiguity and questions of fairness and preserves recognized traditional jury trial procedures designed to ensure protection of the 1st, 4th, 5th 6th, 8th and 14th Amendments.

Hence. Plaintiff respectfully requests that the jury be impaneled in the traditional manner of the seated jurors names being drawn out of a box containing all of the members of the jury panel, by the clerk. While it might take a little bit longer, the transparency of the fairness of the selection process is essential and worth it.

DATED: HONOLULU, HAWAII, January 1, 2006.

*[signature]*
ANDRE' S. WOOTEN
ATTORNEY FOR PLAINTIFF
MATTHEW HARRELL

ANDRE S. WOOTEN     3887
Attorney at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, HI  96813
Phone:  (808) 545-4165


CERTIFICATE OF SERVICE

I hereby certify that a copy of the Foregoing was duly served upon the following on   January 2, 2006    by:


( )  Delivering same, postage prepaid, addressed to:

( )  Delivering to:

TO:   The Office of the Corporation Counsel
      David Arakawa, Esq.
      Derrick Miyashiro, Esq., Deputy
      Moana Yost, Exq., Deputy
      Honolulu Hale
      530 South King Street
      Honolulu, Hawaii  96813

      Attorneys for Defendants


_____
ANDRE' S. WOOTEN