ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
MOANA A. YOST, 7738
DEREK T. MAYESHIRO, 6858
JANE KWAN, 7976
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065/523-4657
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>　　　　Defendants.<br><hr>MATTHEW HARRELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>　　　　Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CITY DEFENDANTS' PROPOSED JURY INSTRUCTIONS RE: AUDIO CASSETTE TAPES; CERTIFICATE OF SERVICE<br><br>Trial: January 4, 2006<br><br>Judge: Honorable Marvin E. Aspen |

CITY DEFENDANTS' PROPOSED
JURY INSTRUCTION RE:  AUDIO CASSETTE TAPES

Come now, Defendants City and County of Honolulu, the Royal Hawaiian Band, Aaron Mahi, Robert Larm, and Sanford Masada (hereinafter "Defendants"), by and through their attorneys, CARRIE K.S. OKINAGA, Corporation Counsel and MOANA A. YOST, DEREK T. MAYESHIRO and JANE KWAN, Deputies Corporation Counsel, and pursuant to the Order Denying City Defendants' Motion in Limine No. 2 filed January 4, 2005, hereby file their Proposed Jury Instruction Re:  Audio Cassette Tapes.

DATED:  Honolulu, Hawaii, January 5, 2006.

CARRIE K.S. OKINAGA
Corporation Counsel

By _____
DEREK T. MAYESHIRO
MOANA A. YOST
JANE KWAN
Deputies Corporation Counsel
Attorneys for Defendants

## CITY DEFENDANTS' PROPOSED
## JURY INSTRUCTION RE: AUDIO CASSETTE TAPES

You, the Jury, have heard the audio recordings of the three applicants who auditioned for the solo bassoonist position with the Royal Hawaiian Band. You are not being asked to critique or rank the applicants based upon these recordings. In their capacities as Bandmaster, Assistant Bandmaster, and Woodwind Supervisor, the panelists critiqued and ranked the applicants' live performances in the categories of Tone, Technique, Intonation, Interpretation, and Musical Effect.

Andre' S. Wooten, Esq.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Attorney for Plaintiff

DATED: Honolulu, Hawaii, January 5, 2006.

                CARRIE K.S. OKINAGA
                Corporation Counsel

By _____
                DEREK T. MAYESHIRO
                MOANA A. YOST
                JANE KWAN
                Deputies Corporation Counsel
                Attorneys for Defendants