# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/4/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| | (CONSOLIDATED CASES) |
| CASE NAME: | Matthew Harrell Vs. City and County of Honolulu |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Moana Yost, Derek T. Mayeshiro and Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/4/06 | TIME: | 9:09am-11:46am |

COURT ACTION:  EP:

9:09a.m.-9:17a.m.-Status Conference Regarding the Jury Selection/Jury Trial-Court and Counsel discussed matters relating to the Jury Selection.  (This Status Conference took place in Judges Chambers with Counsel and Court Reporter present.)

9:45a.m.-11:46a.m.-Jury Selection-42 Jurors present.  Also present the Plaintiff and Defendants-Aaron Mahi, Robert Larm, Sanford Masuda and Mr. Oshima.  One Juror excused for Cause.  Eight (8) Jurors selected and Sworn in.

Further Jury Trial (2nd Day) continued to 1/5/2006 @9:00 a.m. before Judge Aspen.

Submitted by Leslie L. Sai, Courtroom Manager