# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| | (CONSOLIDATED CASES) |
| CASE NAME: | Matthew Harell Vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Moana Yost<br>Derek T. Mayeshiro<br>Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/6/2006 | TIME: | 8:55am-11:40am<br>1:37pm-4:10pm |

COURT ACTION: EP: Further Jury Trial-(3rd Day)-Plaintiff present, Defendants-Aaron Mahi, Robert Larm, Sanford Masada and Wayne Oshima-Rep. Of the Royal Hawaiian Band present and Seven (7) Jurors are also present.

8:55am-9:03am-Status Conference-Without the Jurors-

Jury Trial-9:07am-11:40 am l:37pm-4:00 pm

Plaintiff Witnesses-Robert Larm-resumed Witness Stand, Christopher Ventura-CST, Sanford Masada-CST, Ryan Howe-CST and Wayne Oshima-CST

4:01pm-4:10pm-Status Conference-Without the Jurors

Further Jury Trial (4th Day) continued to 1/9/2006 @9:00 a.m. before Judge Aspen.

Submitted by Leslie L. Sai, Courtroom Manager