ORIGINAL

CARRIE K.S. OKINAGA, 5958
Corporation Counsel
MOANA A. YOST, 7738
DEREK T. MAYESHIRO, 6858
JANE KWAN, 7976
Deputies Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone: (808) 523-4065/523-4657
Facsimile: (808) 523-4583
e-mail: myost@honolulu.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 1 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>Defendants.<br><br>_____<br><br>MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CITY DEFENDANTS' PROPOSED JURY INSTRUCTIONS NO. 13; CERTIFICATE OF SERVICE<br><br><br><br>Trial: January 4, 2006<br><br>Judge: Honorable Marvin E. Aspen |

## CITY DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 13

Come now, Defendants City and County of Honolulu, the Royal Hawaiian Band, Aaron Mahi, Robert Larm, and Sanford Masada (hereinafter "Defendants"), by and through their attorneys, CARRIE K.S. OKINAGA, Corporation Counsel and MOANA A. YOST, DEREK T. MAYESHIRO and JANE KWAN, Deputies Corporation Counsel, and hereby submit their Proposed Jury Instruction No. 13.

DATED: Honolulu, Hawaii, January 11, 2006.

                                      CARRIE K.S. OKINAGA
                                      Corporation Counsel

By _____
           DEREK T. MAYESHIRO
           MOANA A. YOST
           JANE KWAN
           Deputies Corporation Counsel
           Attorneys for Defendants

CITY DEFENDANTS' PROPOSED JURY INSTRUCTION NUMBER 13

In order to find the City and County of Honolulu and/or the Royal Hawaiian Band liable for discrimination, the Plaintiff must prove that his civil rights were violated as a result of an official policy or custom of the City and County of Honolulu and/or the Royal Hawaiian Band.

See Federation of African Am. Contractors v. City of Oakland, 96 F.3d 1204, 1215 (9th Cir. 1996).

_____ Given

_____ Given as Modified

_____ Denied

_____ Withdrawn


_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>Defendants.<br>_____<br>MATTHEW HARRELL,<br><br>Plaintiff,<br>vs.<br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>Defendants. | Civil No. 01-00555 MEA-KSC<br>Civil No. 02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individual at his address listed below on January 11, 2006.

Andre' S. Wooten, Esq.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Attorney for Plaintiff

DATED: Honolulu, Hawaii, January 11, 2006.

                CARRIE K.S. OKINAGA
                Corporation Counsel

By _____
                DEREK T. MAYESHIRO
                MOANA A. YOST
                JANE KWAN
                Deputies Corporation Counsel
                Attorneys for Defendants