# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| CASE NAME: | MATTHEW HARRELL vs. CITY & COUNTY OF HONOLULU, et al. |
| ATTYS FOR PLA: | Andre Wooten |
| ATTYS FOR DEFT: | Moana Yost<br>Derek T. Mayeshiro<br>Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/9/2006 | TIME: | 9:00 - 12:00<br>1:30 -  4:00 |

COURT ACTION:  FURTHER JURY TRIAL - DAY 4

Further direct examination of Wayne Oshima resumed.
Plaintiff Matthew Harrell CST.
Paul Barrett CST.

Exhibits admitted in evidence: D-18.

Further trial is continued to January 10, 2005 @ 9:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager