# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC |
| | (CONSOLIDATED CASES) |
| CASE NAME: | Matthew Harrell Vs. City & County of Honolulu, et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Moana Yost<br>Derek T. Mayeshiro<br>Jane Kwan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/11/2006 | TIME: | 9:05am-11:05am<br>1:45pm-3:50pm |

COURT ACTION:  EP: Further Jury Trial (6th Day)-Plaintiff present, Defendants-Aaron Mahi, Robert Larm, Sanford Masuda and Wayne Oshima-Rep. Of the Royal Hawaiian Band present and Seven (7) Jurors are also present.

9:05am-10:44am-Conference without the Jurors as to the Jury Instructions and the Special Verdict Form.  Objections to the Jury Instructions were placed on the record.

10:49am-11:45am-Further Jury Trial (6th Day)-

Defendant Witness-Aaron Mahi-Resumed Witness Stand.

Defendant Rested.

Plaintiff's Rebuttal Witnesses-Faye Kennedy-CST and Plaintiff-Matthew Harrell-Resumed Witness Stand

Plaintiff Rested.

1:45pm-2:08pm-Court instructs the Jury

2:09pm-3:36pm-Closing Statements on behalf of the Plaintiff and the Defendants'

Jury will start deliberating tomorrow morning at 9:00 a.m.-1/12/2006.

Submitted by Leslie L. Sai, Courtroom Manager