# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV NO. 01-00555MEA-KSC AND CV NO. 02-00223MEA-KSC

(CONSOLIDATED CASES)

CASE NAME: Matthew Harrell Vs. City & County of Honolulu, et al.

ATTYS FOR PLA: Andre S. Wooten

ATTYS FOR DEFT: Moana Yost
Derek T. Mayeshiro
Jane Kwan

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Marvin E. Aspen | REPORTER: | Sharon Ross |
| DATE: | 1/12/2006 | TIME: | 9:00am-1:43pm |

COURT ACTION:  EP: Jury Deliberations-(Day 1)-Seven (7) Jurors present-9:00 a.m.-11:52am-First Day of Jury Deliberations.

1:27p.m.-1:43pm-Verdict Read in open Court-Plaintiff present, Defendants Aaron Mahi, Robert Larm, Sanford Masada and Wayne Oshima-Rep. Of the Royal Hawaiian Band present and Seven (7) Jurors are also present.

Verdict was in Favor of the Defendants' Aaron Mahi, Robert Larm, Sanford Masada and the Royal Hawaiian Band and against the Plaintiff.

Jurors were polled.

Jurors were dismissed.

Post Trial Motions to be filed by 2/13/2006.  Hearing date for these Motions will be set for April 13, 2006 @12:00 Noon before Judge Aspen.  Briefing Schedule as to these Motions-Reply to be filed by 3/6/2006 and the Response to the Reply to be filed by

3/13/2006.

As to Trial Exhibits that were admitted for this Trial-Stipulation to Admit Exhibits into evidence at Trial that was filed on July 15, 2004-Plaintiff's Exhibits-6, 37, 38, 39, 40, 41, 42, 62, 66, 69, 74 (a), 74 (b), 75 9a), 75(b), 76 (a) and 76 (b)-were admitted per this Stipulation and Defendants' Exhibits-2, 3, 4, 5, 6, 7, 9, 11, 12, 13, 14, 15, 16, 17, 19, 20, 22 and 27-were admitted per this Stipulation.

Submitted by Leslie L. Sai, Courtroom Manager