IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>　　　　Defendants.<br>_____<br>MATTHEW HARRELL,<br><br>　　　　Plaintiff,<br>　　vs.<br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>　　　　Defendants. | Civil No.  01-00555 MEA-KSC<br>Civil No.  02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered to the following individual at his address listed below on March 6, 2006:

Andre' S. Wooten, Esq.
Century Square, Suite 1909
1188 Bishop Street
Honolulu, Hawaii 96813
Attorney for Plaintiff

DATED: Honolulu, Hawaii, March 6, 2006.

          CARRIE K.S. OKINAGA
          Corporation Counsel


          By  /s/ Jane Kwan
              DEREK T. MAYESHIRO
              MOANA A. YOST
              JANE KWAN
              Deputies Corporation Counsel
              Attorneys for Defendants