IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL,<br><br>    Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, Aaron Mahi, Sr. Director, Robert Larm, Sanford Masada.<br><br>    Defendants.<br>_____<br>MATTHEW HARRELL,<br><br>    Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU, A Municipal corporation, the Royal Hawaiian Band, A Dept. of the City of Honolulu; Aaron Mahi, Sr. Director,<br><br>    Defendants. | Civil No.  01-00555 MEA-KSC<br>Civil No.  02-00223 MEA-KSC<br>[Cases Consolidated]<br><br>DECLARATION OF JANE KWAN; EXHIBIT "A" |

## DECLARATION OF JANE KWAN

    I, JANE KWAN, do hereby declare as follows:

    1.    I am an attorney licensed to practice law in all of the courts of the State of Hawaii and the United States District Court for the District of Hawaii.  I am a member in good standing of all of the aforementioned courts.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu (hereinafter referred to as the "City"), and one of the attorneys representing Defendants City and County of Honolulu, Aaron Mahi, Robert Larm, and Sanford Masada in this action.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4. Attached hereto as Exhibit "A" is a true and correct copy of portions of the United States District Court, District of Hawaii's judicial website www.hid.uscourts.gov/hid/CourtInfor.nsf titled Jury Frequently Asked Questions, printed on March 2, 2006.

I, JANE KWAN, DO DECLARE UNDER PENALTY OF
LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, March 6, 2006.

/s/ Jane Kwan
JANE KWAN