

U.S. District Court | Home | Help | Search Site

Calendar
Links
Telephone List
Employment
Forms
Judge's Requirements

**Helen Gillmor**
Chief U.S. District Judge

**David Alan Ezra**
U.S. District Judge

**Susan Oki Mollway**
U.S. District Judge

**J. Michael Seabright**
U.S. District Judge

**Samuel P. King**
Senior U.S. District Judge

**Alan C. Kay**
Senior U.S. District Judge

**Barry M. Kurren**
U.S. Magistrate Judge

**Leslie E. Kobayashi**
U.S. Magistrate Judge

**Kevin S.C. Chang**
U.S. Magistrate Judge

## District of Hawaii

# Jury FAQ



*Found **0** items.*

**Question**

  01 - What types of cases are tried in Federal Court?

  02 - What is a petit jury?

  03 - What is a grand jury?

  04 - Where did you get my name for jury duty?

  05 - Who is considered "qualified" for jury service?

  06 - How long is jury duty for?

  07 - How will I know which days to report for duty?

  08 - If asked to report, how many hours will I be at the courthouse each day?

  09 - What if I am late?

  10 - Will I ever have to spend the night?

  11 - Where do I report for jury duty in Honolulu?

  12 - What counties do you summon jurors from?

  13 - On the days I am not asked to report for jury duty, what do I do?

  14 - What are grounds for requesting a permanent excuse, and how do I request one?

  15 - What are grounds for requesting a temporary excuse, and how do I request one?

  16 - Does my employer have to pay me my normal wages if I'm serving on a jury?

  17 - Can my employer fire me for not being at work due to jury duty?

  18 - How much do you pay for jury duty?

  19 - Where should I park?

  20 - Are meals provided?

  21 - May I bring my children?

  22 - Is there a dress code?

*Found **0** items.*

▲ pg up | pg dn ▼ | ▼expand | collapse▲ | search

 Home    Back to List

District of Hawaii

# Jury Frequently Asked Questions (FAQ)

**Question:**
*04 - Where did you get my name for jury duty?*

**Answer:**
This court randomly selects from a combined list of active voter registration records and drivers' license records.

This selection creates the court's "MASTER JURY WHEEL" (a term which originated in the days when names were placed in a large barrel-type wheel and turned around to mix them up; today, however, we use computers to randomly select names). Each person selected is mailed a qualification questionnaire to be completed and returned. Receiving a qualification questionnaire does not mean that you have been summoned for jury duty. Its purpose is only to develop a large "wheel" of qualified citizens, from which future juries will be summoned.

Those citizens who are deemed to be qualified to serve as jurors based upon their answers to the questionnaire are then placed into the "QUALIFIED JURY WHEEL." From this "wheel" the court will randomly select groups of prospective jurors and summon them over the course of a two-year period.

Every two years the court discards its old "master wheel" and "qualified wheel" and creates new ones.

United States Court for the District of Hawaii.



District of Hawaii

# Jury Frequently Asked Questions (FAQ)

**Question:**
*5 - Who is considered "qualified" for jury service?*

**Answer:**
To be qualified for jury service, a person must be a citizen of the United States; at least 18 years of age; able to read, write, speak, and understand the English language; and reside in the State of Hawaii.

Persons who may not serve as jurors include those who have pending criminal charges which may be punishable by more than one year in prison; have been convicted of a felony without having their civil rights restored; have a physical or mental disability that would prevent services as a juror; or hold certain occupations (full-time military, police, firefighters, and elected public officials).

United States Court for the District of Hawaii.



District of Hawaii

# Jury Frequently Asked Questions (FAQ)

**Question:**

*2 - What counties do you summon jurors from?*

**Answer:**

We summon jurors from all counties. The U.S. District Court has jurisdiction over the entire State of Hawaii.

United States Court for the District of Hawaii.