AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW HARRELL<br><br>Plaintiff(s),<br><br>V.<br><br>CITY & COUNTY OF HONOLULU, ROYAL HAWAIIAN BAND, ROBERT LARM, SANFORD MASADA AND AARON MAHI<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 01-00555MEA-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 13, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Defendants' Aaron Mahi, Robert Larm, Sanford Masado and Royal Hawaiian Band and against the Plaintiff Matthew Harrell pursuant to the "Special Verdict Form" filed and issued on January 12, 2006.

|  |  |
|---|---|
| March 13, 2006 | SUE BEITIA |
| Date | Clerk |
|  | *[signature]* |
|  | (By) Deputy Clerk |