# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 13, 2006

TO ALL COUNSEL

      Re:   CV 01-00555MEA-KSC
             MATTHEW HARRELL vs. CITY & COUNTY OF HONOLULU, ROYAL HAWAIIAN BAND, ROBERT LARM, SANFORD MASADA AND AARON MAHI

Dear Sir,

      Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on March 13, 2006.

                              Sincerely Yours,

                              SUE BEITIA, CLERK

                              by: Bernadette Aurio
                              Deputy Clerk

cc: all counsel