ANDRE S. WOOTEN    3887
Attorney at Law
Century Square, Suite 1909
1188 Bishop Street
Honolulu, HI  96813
Phone:  (808) 545-4165

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Foregoing was duly served upon the following on  May 25, 2006  by:

( ) Delivering same, postage prepaid, addressed to:

( X ) Delivering to:

TO: The Office of the Corporation Counsel
David Arakawa, Esq.
Derrick Miyashiro, Esq., Deputy
Moana Yost, Exq., Deputy
Honolulu Hale
530 South King Street
Honolulu, Hawaii  96813

Attorneys for Defendants

May 24, 2006.

_____
ANDRE' S. WOOTEN