# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **235210** |
| Trans | 140027 |

Received From:  **ANDRE S. WOOTEN**
Case Number:
Reference Number:  CV 01-555

| | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

| | |
|---|---|
| Total | 455.00 |
| Tend | 455.00 |
| Due | 0.00 |

05/25/2006  07:30:44 AM     Deputy Clerk:  bb/AG