# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:** Harrell vs. City and County of Honolulu, et al.,
     **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16147
     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
     **U.S. DISTRICT COURT DOCKET NUMBER:** Civil 01-00555MEA-KSC
     CV 02-00223 MEA-KSC

II   **DATE NOTICE OF APPEAL FILED:** May 24, 2006

     RECEIVED
     CLERK, U.S. DISTRICT COURT
     JUL 10 2006
     DISTRICT OF HAWAII

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**
     **DOCKET FEE PAID ON:** 05/25/06    **AMOUNT:** $455.00
     **NOT PAID YET:**             **BILLED:**
     **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**
     **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**
     **IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**
     **WAS F.P. STATUS REVOKED:**  **DATE:**
     **WAS F.P. STATUS LIMITED IN SOME FASHION?**
     **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**
     Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____
(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)