# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 13, 2007

To: United States Court of Appeals    Attn: (✓)    Civil
       For the Ninth Circuit
       Office of the Clerk                    ( )    Criminal
       95 Seventh Street
       San Francisco, California 94103     ( )    Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:       CV 02-00223MEA-KSC     Appeal No:    06-16142

Short Title:      Harell vs. City of Honolulu    (This is a consolidated case with CV 01-00555MEA-KSC)

Clerk's Files in    4    volumes   (✓) original   ( ) certified copy

Bulky docs               volumes (folders)   docket #

Reporter's Transcripts    1    volumes   (x) original   ( ) certified copy

Exhibits                 volumes ( ) under seal
                          boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: counsel