UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW HARELL,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant - Appellee. | No. 06-16142<br>D.C. No. CV-02-00223-MEA<br>CV-01-00555-~~OWW~~ MEA -KSC<br>District of Hawaii, Honolulu<br><br>MANDATE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2008

at 11 o'clock and 10 min. 4 M.
SUE BEITIA, CLERK

The judgment of this Court, entered 06/20/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk